Richard P. THOMAS, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 05–7137.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2006.

*ORDER*

ON MOTION

Counsel for claimant-appellant Richard P. Thomas moves to dismiss this appeal as Mr. Thomas is now deceased.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

(3) The mandate will issue in due course.